ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| SMITH HILLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 307-039 |
| ) | |
| DR. MARY ALSTON, Johnson State ) | |
| Prison, and STAN SHEPARD, Deputy ) | |
| Warden of Care and Treatment, Johnson ) | |
| State Prison, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's grievance and *respondeat superior* claims are **DISMISSED**, and Defendant Shepard is **DISMISSED** from this case.

SO ORDERED this 23 day of October, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE