ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 AUG 13 A 9 29
CLERK BMcCarthy

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| SMITH HILLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 307-039 |
| | ) |
| DR. MARY ALSTON, Johnson State Prison, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion for summary judgment is **GRANTED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Defendant.

SO ORDERED this 13th day of August, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE